UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | 08 Cr. 1220 (PKC) |
| | **NOTICE OF MOTION** |
| - against - | |
| JOHN A. GOTTI, | |
|                 **Defendant.** | |

-------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the exhibits thereto, JOHN A. GOTTI will move this Court, before the Honorable P. Kevin Castel, at the courthouse located at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order, pursuant 18 U.S.C. §3145 (b), revoking the order of detention issued by Magistrate Judge Ronald L. Ellis and granting defendant bail pending trial.

Dated: New York, New York
       January 5, 2009

                                              Respectfully submitted,

                                              _____/s/_____
                                              SETH GINSBERG
                                              Attorney at Law
                                              225 Broadway, Suite 715
                                              New York, New York 10007
                                              212-537-9202
                                              646-607-8597 (fax)
                                              srginsberg@mac.com

To:    AUSA Elie Honig
          United States Attorney's Office
          Southern District of New York
          One Saint Andrew's Plaza
          New York, New York 10007