

**Jerry Capeci**

# Gang Land News

The nation's foremost **EXPERT** on the American Mafia

Real Stuff
About
Organized Crime

| HOME | This Week | About Us | Capeci's Books | Book Shelf | Mafia Women | Archives | Five Families | Links |



February 14, 2008





Read
Last Week's
Column

**By Jerry Capeci**

# Feds Still Have Junior Gotti In Their Sights



Buried in last week's massive federal racketeering case against the top three wiseguys of the Gambino family and 59 codefendants was a tantalizing tidbit concerning a certain well-known mob scion.

Up until the mid 1990s, then-acting boss John **(Junior)** Gotti was part of a family-run drug ring that sold two kilograms of cocaine a week out of bars in Ozone Park, Queens, according to a 170 page detention memo that was filed along with the 177 page indictment.

Among Gotti's indicted cohorts in the long-running, lucrative scheme, the court papers allege, were his uncle, Vincent Gotti, a previously convicted drug dealer and current mob soldier, and his late father's onetime bodyguard-chauffeur, Joseph (Jo Jo) Corozzo, the family's current consigliere.

The seemingly gratuitous mention of his alleged role in coke dealing has got to grate on the self-described retired mobster. Gotti celebrates his 44th birthday today, free and **unencumbered,** 16 months

**Ads by Google**

**Currency Trading Online**
Free $50,000 Practice Account With Real-Time Charts, News & Research!
www.Forex.com

**Nissan 200SX of Tomorrow**
Concept Nissan 200SX at Inside Line Road-Tests, News, Photos, Videos
www.InsideLine.com

**Play the best Mob Game**
Join the Internet's Fastest MMORPG Act Now Sign Up Today!
www.trentonmade.com

| Leonard DiMaria | Liborio "Barney" Bellomo |

**Contact Gang Land**
Jerry Capeci
P.O. Box 863
Long Beach, NY 11561
Copyright, 2007
All Rights Reserved
Created by TLM Web Designers
**Contact Webmaster**

after prosecutors in Manhattan dropped racketeering charges against him that were based on the 1992 shooting of Guardian Angels founder Curtis Sliwa.

The brief mention of Gotti is a not-too-subtle reminder that the FBI's Gambino squad and the Brooklyn U.S. Attorney's office,



who sent his old man to prison for a life sentence that ended with his death in 2002, still have their sights on the Junior Don.

As Gang Land disclosed in October, the two agencies believe Junior has gotten away with several murders during his mob career, and want to make him pay with another stretch behind bars. Sources say the feds have a witness who claims to have seen Junior kill a 24-year-old man during a barroom brawl at the Silver Fox Bar in the early morning hours of



March 12, 1983, a charge that Gotti and his attorney steadfastly deny.

A close reading of the brief mention of Junior's alleged drug dealing in the current case – a single paragraph in a section arguing that Vincent Gotti, 55, (left) should be detained without bail – conjures up the distinct possibility that if the feds are able to make a case against Gotti, it may very well be in the Sunshine State.

The other two alleged participants named in the coke deal, Gambino soldier Ronald (Ronnie One Arm) Trucchio, who was convicted and sentenced to life in prison last year, and longtime Junior Gotti pal John Alite, are co-defendants in a federal racketeering/drug dealing indictment in Tampa.

Alite ran with Gotti during his early gangster days. The two were charged with beating up patrons, both men and

**Mafia - The Quiz**
Take the Mafia Quiz. What do you really know about the Mafia?
QuizzesAndRewards.com



**Feb. 1, 2001**
SAY IT AIN'T SO MURRAY

**Feb. 8, 2001**
THE BIG DANCE FOR ANTHONY SPERO

**Feb. 15, 2001**
REVENGE FOR WILD BILL

**Feb. 22, 1999**
ANOTHER PERSICO PROBLEM

**Feb. 3. 2005**
ANATOMY OF A TURNCOAT MAFIA BOSS

**Feb. 27, 2003**
THE ICEMAN THROWS THE BULL

| **Gangland** | **Is Your Bank In Trouble?** |
| Uncover America's Most Notorious Gangs at History®. | Free list Of Banks Doomed To Fail. The Banks and Brokers X List. Free! |



women, in a 1989 barroom brawl – the charges were later dropped when the victims couldn't identify their assailants. Alite, 45, (right) is officially waiting trial in the Florida case. It had been set for last month, but was adjourned until April, according to the official court docket sheet, which notes that four recently sealed documents were filed in the case.

In addition, sources tell Gang Land that at least two of the four cooperating witnesses that the memo credits with telling the feds about the Queens coke dealing ring were involved in the Trucchio and Alite federal prosecution in Tampa.

The FBI and the Brooklyn U.S. attorney's office, as well as the lead prosecutor in the Tampa case, Jay Trezevant, declined to comment about the Junior Gotti aspects of the Brooklyn case, or the sealed filings in Tampa.

Last October, however, a law enforcement official who confirmed the continuing efforts of federal authorities to make a case against Gotti, told Gang Land that the "the proper venue," could end up being in the Sunshine State.



## Little Nick Slips Away



The three trials of Junior Gotti for the Sliwa shooting went so poorly for the feds that they never moved on their original plan to charge capo Nicholas (Little Nick) Corozzo, 67, (left) with the 1992 kidnap-shooting of the former radio talk show host.

But the feds did hammer him with a 1996 double murder that was also part of the Sliwa racketeering case, murders for which Corozzo underling Michael (Mikey Y) Yannotti – the accused triggerman in

Sliwa's shooting – was acquitted despite seemingly overwhelming evidence.



But Corozzo, whose close ties to the key operative in the case helped snare scores of his cohorts, has thus far evaded arrest in the case. That's because of the quick thinking of his daughter Bernadette Dragonetti, who called and tipped him that the feds were coming after she saw the FBI arrest her 43-year-old mobster hubby, Vincent,



according to a New York Post report.

Dragonetti, (left) who like more than 20 other Gambino mobsters – including the family's top three wiseguys – is cooling his heels behind bars right now, is slated for a detention hearing today. Based on what's happened so far, he probably wishes the feds had gone to pick up his father-in-law before they bagged him last week.

  

www.trentonmade.com    Feedback - Ads by Google

## Top Dogs Behind Bars

 

In the early going, the feds have managed to detain acting boss John **(Jackie Nose)** D'Amico, (right) 73, underboss Domenico (Italian Dom) Cefalu, 61, and **JoJo Corozzo,** 66, (left) without bail despite lodging no specific allegations of violence against them.

In addition to their high Mafia ranks, the feds have used the tape recorded words of Little Nick Corozzo's longtime pal, capo Leonard (The **Conductor)** DiMaria, to paint the trio as dangers to the community who should be remanded as they await trial.

"You have to go bother these people for your money," said DiMaria, 66, according to an excerpt in the detention memo.



"They are going to tell you we got to sit down and talk and this and that," DiMaria (right) continued. "Rough them up. Tell them, 'You're a fucking stiff.' Tell them what you got to tell them. The next guy that owes you money….Crack a face, fuck them up. Don't you do it. Send a fucking kid to rough them up. A fucking joke."

Citing those words eight separate times in the memo, prosecutors Mitra Hormozi, Joey Lipton, Roger Burlingame, Daniel Brownell, Evan Morris, and Amy Cohn successfully argued that the family leaders should be detained because of The Conductor's remarks since they are all part of the same racketeering conspiracy – the Gambino crime family.

# Prosecutor Partied With Mob Guy

Two months after he was arrested on drug charges, Genovese family associate Joseph Bonelli and Queens prosecutor Barbara Wilkanowski were all smiles as they partied at a Great Neck L.I. catering hall back in November of 2006.

At the time the picture at left was taken, Bonelli claims in court papers filed this week, that Wilkanowski had already assured him she would arrange for him to receive probation on a cocaine selling charge if he hired her boyfriend as his lawyer.

Defense attorney Virginia Alvarez has asked that her client's guilty plea be set aside due to prosecutorial misconduct by the veteran assistant district attorney who has been on leave since the allegations were lodged against her in December.



**In the market for a good read? To add to your own book collection? For a friend? Check out our Gang Land Book Shelf.**

| This Month In Gang Land History ||||||
|---|---|---|---|---|---|
| **Feb. 1, 2001** SAY IT AIN'T SO MURRAY | **Feb. 8, 2001** THE BIG DANCE FOR ANTHONY SPERO | **Feb. 15, 2001** REVENGE FOR WILD BILL | **Feb. 22, 1999** ANOTHER PERSICO PROBLEM | **Feb. 3, 2005** ANATOMY OF A TURNCOAT MAFIA BOSS | **Feb. 27, 2003** THE ICEMAN THROWS THE BULL |

**Contact Gang Land**