```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA

    - against -

JOHN A. GOTTI,
  a/k/a "John, Jr.,"
  a/k/a "Junior,"

               Defendant.
----------------------------------------------------x

ORDER

08 Cr. 1220 (PKC)

For the reasons stated in open Court, the defendant John A. Gotti is ordered released on bail on the following terms and conditions. The Court concludes that there are conditions of release that will reasonably assure the appearance of the person as required and the safety of other persons and the community.

1. Defendant shall sign and post a personal recognizance bond in the amount of $ *2 million*. It shall be co-signed by *3* financially responsible parties. It shall be secured by the following properties: *$1.6 million in property acceptable to the government.*

2. Defendant shall be under strict pretrial supervision with the following terms and conditions: (a) Defendant shall not commit a federal state or local crime during the period of release; (b) Defendant shall cooperate in the collection of a DNA sample from his person, if requested.; (c) Travel is restricted to the Southern and Eastern Districts of New York; (d) Defendant shall surrender *any* *he possess* passport and refrain from applying for a new passport; (e) Defendant shall refrain from having contact with any person who appeared as a witness at trial

in this matter other than _Peter Gotti, defendant's brother_

3. Defendant is advised that (a) failure to appear when required is considered to be the separate crime of bail jumping which is punishable by 5 years in prison and a fine of up to $250,000 in addition to the penalties for the underlying crime.

   *PKC*

4. Defendant is further advised that one of the consequences of violating a condition of release may be the immediate issuance of a warrant for the person's arrest.

5. Defendant is also advised of the provisions of (a) section 1503 of title 18 relating to intimidation of witnesses, jurors, and officers of the court; (b) section 1510 of title 18 relating to obstruction of criminal investigations; (c) section 1512 of title 18 relating to tampering with a witness, victim, or an informant, and (d) section 1513 of title 18 retaliating against a witness, victim, or an informant.

6. ~~_____~~

7. _____

2

8. _Defendant may be released upon signing the bond. Co-signers and secured property by December 4, 2009._

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

New York, New York
December 1, 2009